# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Debra A. Karn<br>Randolph W. Karn<br><br>**Debtor** | BK NO. 19-03324 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing LLC and index same on the master mailing list.

                             Respectfully submitted,

                             **/s/ James C. Warmbrodt, Esquire**
                             James C. Warmbrodt, Esquire
                             KML Law Group, P.C.
                             BNY Mellon Independence Center
                             701 Market Street, Suite 5000
                             Philadelphia, PA  19106
                             215-627-1322