```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                           Case No. 19-03324-RNO
Randolph W. Karn                                                 Chapter 13
Debra A. Karn
         Debtors              CERTIFICATE OF NOTICE
District/off: 0314-5         User: LyndseyPr            Page 1 of 2            Date Rcvd: Sep 06, 2019
                             Form ID: ntnew341          Total Noticed: 33
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2019.
```
db/jdb         Randolph W. Karn,    Debra A. Karn,    415 Merwinsburg Rd.,    Effort, PA  18330-8060
5231123        Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD57117-6497
5231124        Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO63179-0441
5231125       +Citizens Bank,    Attention: ROP-15B,    1 Citizens Dr,    Riverside, RI 02915-3035
5234999       +Citizens Bank N.A.,    One Citizens Bank Way JCA115,    Johnston R.I. 02919-1922
5231126        Citizens Bank NA,    480 Jefferson Blvd,    Warwick, RI02886-1359
5231127        Discover Bank,    502 E Market St,    Greenwood, DE19950-9700
5231132        Fin Recovery,    200 E Park Dr,    Mount Laurel, NJ08054-1297
5231136       +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
5236978       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
5231139        Mahindra Fin,    8001 Birchwood Ct,    Johnston, IA50131-2889
5234043        Mahindra Finance USA LLC,    PO Box 2000,    Johnston, IA 50131-0020
5231140        Raymour & Flanigan,    Attn: Bankruptcy,    PO Box 130,    Liverpool, NY13088-0130
5231143        Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ07430-2035
5231144      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank/Rms Cc,     Attn: Bankruptcy,    PO Box 5229,
               Cincinnati, OH45201-5229)
5231146        Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 06 2019 19:30:13
               PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5231122       +E-mail/Text: bnc-capio@quantum3group.com Sep 06 2019 19:23:30      Assetcare,
               2222 Texoma Parkway,,    Suite 180, Sherman, TX 75090-2470
5231129        E-mail/Text: mrdiscen@discover.com Sep 06 2019 19:23:15      Discover Financial,
               Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE19850-5316
5232273        E-mail/Text: mrdiscen@discover.com Sep 06 2019 19:23:15      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5231128        E-mail/Text: mrdiscen@discover.com Sep 06 2019 19:23:15      Discover Fin Svcs LLC,
               PO Box 15316,    Wilmington, DE19850-5316
5231130        E-mail/Text: dplbk@discover.com Sep 06 2019 19:23:37      Discover Personal Loan,
               Attn: Bankruptcy,    PO Box 30954,    Salt Lake City, UT84130-0954
5232050       +E-mail/Text: dplbk@discover.com Sep 06 2019 19:23:37      Discover Personal Loans,
               PO Box 30954,    Salt Lake City, UT 84130-0954
5231131        E-mail/Text: bankruptcy.notices@hdfsi.com Sep 06 2019 19:23:42      Esb/Harley Davidson Cr,
               3850 Arrowhead Dr,    Carson City, NV89706-2016
5231133        E-mail/Text: bankruptcy.notices@hdfsi.com Sep 06 2019 19:23:43      Harley Davidson Financial,
               Attn: Bankruptcy,    PO Box 22048,    Carson City, NV89721-2048
5231134       +E-mail/Text: cio.bncmail@irs.gov Sep 06 2019 19:23:20      Internal Revenue Service,
               600 Arch St Ste 1507,    Philadelphia, PA 19106-1695
5231135        E-mail/Text: camanagement@mtb.com Sep 06 2019 19:23:24      M & T  Bank,    Attn: Bankruptcy,
               PO Box 844,    Buffalo, NY14240-0844
5231137        E-mail/Text: camanagement@mtb.com Sep 06 2019 19:23:24      M&T Bank,    PO Box 900,
               Millsboro, DE19966-0900
5231138        E-mail/Text: camanagement@mtb.com Sep 06 2019 19:23:24      M&T Credit Services,
               Attn: Bankruptcy,    PO Box 1288,    Buffalo, NY14240-1288
5238060        E-mail/Text: bnc-quantum@quantum3group.com Sep 06 2019 19:23:26
               Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA  98083-0788
5231141        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2019 19:30:13      Syncb/lowes,    PO Box 956005,
               Orlando, FL32801
5230896       +E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2019 19:29:40      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5231142        E-mail/PDF: gecsedi@recoverycorp.com Sep 06 2019 19:29:40      Synchrony Bank/Lowes,
               Attn: Bankruptcy,    PO Box 965060,    Orlando, FL32896-5060
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5231145*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bk Rms Cc,     PO Box 108,    Saint Louis, MO63166-0108)
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Case 5:19-bk-03324-RNO    Doc 16    Filed 09/08/19    Entered 09/09/19 00:35:09    Desc
                          Imaged Certificate of Notice    Page 1 of 3

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2019                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2019 at the address(es) listed below:

```
          Bradley Warren Weidenbaum    on behalf of Debtor 2 Debra A. Karn weidenbaumlaw@gmail.com,
           G25181@notify.cincompass.com
          Bradley Warren Weidenbaum    on behalf of Debtor 1 Randolph W. Karn weidenbaumlaw@gmail.com,
           G25181@notify.cincompass.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Randolph W. Karn,

**Debtor 1**

Debra A. Karn,

**Debtor 2**

Chapter 13

Case No. 5:19–bk–03324–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| | |
|---|---|
| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: October 28, 2019<br><br>Time: 12:00 PM |

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: September 6, 2019 |

ntnew341 (04/18)