```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-03324-RNO
Randolph W. Karn                                                    Chapter 13
Debra A. Karn
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0314-5          User: LyndseyPr              Page 1 of 2              Date Rcvd: Oct 30, 2019
                              Form ID: ntcnfhrg            Total Noticed: 38
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 01, 2019.
```
db/jdb         Randolph W. Karn,    Debra A. Karn,    415 Merwinsburg Rd.,    Effort, PA 18330-8060
5231123        Best Buy/Cbna,    PO Box 6497,    Sioux Falls, SD57117-6497
5255378        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
5231124        Citibank/Best Buy,    Attn: Bankruptcy,    PO Box 790441,    Saint Louis, MO63179-0441
5231125       +Citizens Bank,    Attention: ROP-15B,    1 Citizens Dr,    Riverside, RI 02915-3035
5234999       +Citizens Bank N.A.,    One Citizens Bank Way JCA115,    Johnston R.I. 02919-1922
5231126        Citizens Bank NA,    480 Jefferson Blvd,    Warwick, RI02886-1359
5231127        Discover Bank,    502 E Market St,    Greenwood, DE19950-9700
5231132        Fin Recovery,    200 E Park Dr,    Mount Laurel, NJ08054-1297
5252079       +Lakeview Loan Servicing LLC,    PO Box 840,    Buffalo, NY 14240-0840
5231136       +M & T Bank Mortgage,    1 Fountain Plz,    Buffalo, NY 14203-1495
5236978       +M&T Bank,    PO Box 1508,    Buffalo, NY 14240-1508
5231139        Mahindra Fin,    8001 Birchwood Ct,    Johnston, IA50131-2889
5234043        Mahindra Finance USA LLC,    PO Box 2000,    Johnston, IA 50131-0020
5231140        Raymour & Flanigan,    Attn: Bankruptcy,    PO Box 130,    Liverpool, NY13088-0130
5246483       +TD Retail Card Services,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,
                Dallas, TX 75380-0849
5231143        Tdrcs/raymour & Flanig,    1000 Macarthur Blvd,    Mahwah, NJ07430-2035
5248690      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: U.S. Bank National Association,    Bankruptcy Department,
                PO Box 108,    St. Louis MO 63166-0108)
5231146        Wakefield & Associates,    7005 Middlebrook Pike,    Knoxville, TN37909-1156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 30 2019 19:40:43
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5231122       +E-mail/Text: bnc-capio@quantum3group.com Oct 30 2019 19:37:00      Assetcare,
                2222 Texoma Parkway,,    Suite 180, Sherman, TX 75090-2470
5231129        E-mail/Text: mrdiscen@discover.com Oct 30 2019 19:36:33      Discover Financial,
                Attn: Bankruptcy Department,    PO Box 15316,    Wilmington, DE19850-5316
5232273        E-mail/Text: mrdiscen@discover.com Oct 30 2019 19:36:33      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5231128        E-mail/Text: mrdiscen@discover.com Oct 30 2019 19:36:33      Discover Fin Svcs LLC,
                PO Box 15316,    Wilmington, DE19850-5316
5231130        E-mail/Text: dplbk@discover.com Oct 30 2019 19:37:12      Discover Personal Loan,
                Attn: Bankruptcy,    PO Box 30954,    Salt Lake City, UT84130-0954
5232050       +E-mail/Text: dplbk@discover.com Oct 30 2019 19:37:13      Discover Personal Loans,
                PO Box 30954,    Salt Lake City, UT 84130-0954
5231131        E-mail/Text: bankruptcy.notices@hdfsi.com Oct 30 2019 19:37:18      Esb/Harley Davidson Cr,
                3850 Arrowhead Dr,    Carson City, NV89706-2016
5231133        E-mail/Text: bankruptcy.notices@hdfsi.com Oct 30 2019 19:37:19      Harley Davidson Financial,
                Attn: Bankruptcy,    PO Box 22048,    Carson City, NV89721-2048
5231134       +E-mail/Text: cio.bncmail@irs.gov Oct 30 2019 19:36:39      Internal Revenue Service,
                600 Arch St Ste 1507,    Philadelphia, PA 19106-1695
5254510        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 30 2019 19:39:52      LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5231135        E-mail/Text: camanagement@mtb.com Oct 30 2019 19:36:43      M & T Bank,    Attn: Bankruptcy,
                PO Box 844,    Buffalo, NY14240-0844
5231137        E-mail/Text: camanagement@mtb.com Oct 30 2019 19:36:43      M&T Bank,    PO Box 900,
                Millsboro, DE19966-0900
5231138        E-mail/Text: camanagement@mtb.com Oct 30 2019 19:36:43      M&T Credit Services,
                Attn: Bankruptcy,    PO Box 1288,    Buffalo, NY14240-1288
5238060        E-mail/Text: bnc-quantum@quantum3group.com Oct 30 2019 19:36:53
                Quantum3 Group LLC as agent for,    CF Medical LLC,    PO Box 788,    Kirkland, WA 98083-0788
5231141        E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:34      Syncb/lowes,    PO Box 956005,
                Orlando, FL32801
5230896       +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:29      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5231142        E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2019 19:40:31      Synchrony Bank/Lowes,
                Attn: Bankruptcy,    PO Box 965060,    Orlando, FL32896-5060
5252327        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2019 19:40:50      Verizon,
                by American InfoSource as agent,    PO Box 4457,    Houston, TX 77210-4457
                                                                                              TOTAL: 19

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5231144*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bank/Rms Cc,    Attn: Bankruptcy,    PO Box 5229,
                Cincinnati, OH45201-5229)
5231145*     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court: US Bk Rms Cc,    PO Box 108,    Saint Louis, MO63166-0108)
                                                                                   TOTALS: 0, * 2, ## 0
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:

        Bradley Warren Weidenbaum    on behalf of Debtor 2 Debra A. Karn weidenbaumlaw@gmail.com, G25181@notify.cincompass.com

        Bradley Warren Weidenbaum    on behalf of Debtor 1 Randolph W. Karn weidenbaumlaw@gmail.com, G25181@notify.cincompass.com

        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com

        James Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 5

| UNITED STATES BANKRUPTCY COURT |
| :---: |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

Randolph W. Karn,
    **Debtor 1**

Debra A. Karn,
    **Debtor 2**

Chapter    13

Case No.    5:19–bk–03324–RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **December 13, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes–Barre, PA 18701 | Date: December 20, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes–Barre, PA 18701<br>(570) 831–2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: October 30, 2019 |

ntcnfhrg (03/18)