Certificate Number: 03088-PAM-DE-038648712

Bankruptcy Case Number: 19-03324


03088-PAM-DE-038648712

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 9, 2024, at 2:37 o'clock PM CDT, Randolph W Karn completed a course on personal financial management given by telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: July 9, 2024

By: /s/Ana Avalos

Name: Ana Avalos

Title: Counselor