United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Randolph W. Karn  
Debra A. Karn  
    Debtors

Case No. 19-03324-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: AutoDocke     Page 1 of 3  
Date Rcvd: Sep 19, 2024     Form ID: 3180W     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Randolph W. Karn, Debra A. Karn, 415 Merwinsburg Rd., Effort, PA 18330-8060 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + EDI: PRA.COM | Sep 19 2024 22:34:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5231122 | + EDI: CAPIO.COM | Sep 19 2024 22:34:00 | Assetcare, 2222 Texoma Parkway,, Suite 180, Sherman, TX 75090-2484 |
| 5231123 | EDI: CITICORP | Sep 19 2024 22:34:00 | Best Buy/Cbna, PO Box 6497, Sioux Falls, SD57117-6497 |
| 5234999 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2024 18:38:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston R.I. 02919 |
| 5231126 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2024 18:38:00 | Citizens Bank NA, 480 Jefferson Blvd, Warwick, RI02886-1359 |
| 5231125 | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2024 18:38:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Dr, Riverside, RI02915-3026 |
| 5255378 | EDI: CITICORP | Sep 19 2024 22:34:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5231124 | EDI: CITICORP | Sep 19 2024 22:34:00 | Citibank/Best Buy, Attn: Bankruptcy, PO Box 790441, Saint Louis, MO63179-0441 |
| 5231129 | EDI: DISCOVER | Sep 19 2024 22:34:00 | Discover Financial, Attn: Bankruptcy Department, PO Box 15316, Wilmington, DE19850-5316 |
| 5231127 | EDI: DISCOVER | Sep 19 2024 22:34:00 | Discover Bank, 502 E Market St, Greenwood, DE19950-9700 |
| 5232273 | EDI: DISCOVER | Sep 19 2024 22:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5231128 | EDI: DISCOVER | Sep 19 2024 22:34:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE19850-5316 |
| 5231130 | EDI: DISCOVERPL | Sep 19 2024 22:34:00 | Discover Personal Loan, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT84130-0954 |
| 5232050 | + EDI: DISCOVERPL | Sep 19 2024 22:34:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5231131 | Email/Text: bankruptcy.notices@hdfsi.com | Sep 19 2024 18:38:00 | Esb/Harley Davidson Cr, 3850 Arrowhead Dr, Carson City, NV89706-2016 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5231132 | ^ | MEBN | Sep 19 2024 18:33:36 | Fin Recovery, 200 E Park Dr, Mount Laurel, NJ 08054-1297 |
| 5231133 | | Email/Text: bankruptcy.notices@hdfsi.com | Sep 19 2024 18:38:00 | Harley Davidson Financial, Attn: Bankruptcy, PO Box 22048, Carson City, NV 89721-2048 |
| 5231134 | + | EDI: IRS.COM | Sep 19 2024 22:34:00 | Internal Revenue Service, 600 Arch St Ste 1507, Philadelphia, PA 19106-1695 |
| 5254510 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2024 18:41:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5252079 | ^ | MEBN | Sep 19 2024 18:33:34 | Lakeview Loan Servicing LLC, PO Box 840, Buffalo, NY 14240-0840 |
| 5231136 | + | Email/Text: camanagement@mtb.com | Sep 19 2024 18:38:00 | M & T Bank Mortgage, 1 Fountain Plz, Buffalo, NY 14203-1495 |
| 5231135 | | Email/Text: camanagement@mtb.com | Sep 19 2024 18:38:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |
| 5231137 | | Email/Text: camanagement@mtb.com | Sep 19 2024 18:38:00 | M&T Bank, PO Box 900, Millsboro, DE 19966-0900 |
| 5231138 | | Email/Text: camanagement@mtb.com | Sep 19 2024 18:38:00 | M&T Credit Services, Attn: Bankruptcy, PO Box 1288, Buffalo, NY 14240-1288 |
| 5236978 | + | Email/Text: camanagement@mtb.com | Sep 19 2024 18:38:00 | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |
| 5231139 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Sep 19 2024 18:38:00 | Mahindra Fin, 8001 Birchwood Ct, Johnston, IA 50131-2889 |
| 5234043 | | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Sep 19 2024 18:38:00 | Mahindra Finance USA LLC, PO Box 2000, Johnston, IA 50131-0020 |
| 5238060 | | EDI: Q3G.COM | Sep 19 2024 22:34:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5231140 | ^ | MEBN | Sep 19 2024 18:33:34 | Raymour & Flanigan, Attn: Bankruptcy, PO Box 130, Liverpool, NY 13088-0130 |
| 5231141 | | EDI: SYNC | Sep 19 2024 22:34:00 | Syncb/lowes, PO Box 956005, Orlando, FL 32801 |
| 5230896 | ^ | MEBN | Sep 19 2024 18:33:42 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5231142 | | EDI: SYNC | Sep 19 2024 22:34:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5246483 | + | EDI: CBSTDR | Sep 19 2024 22:34:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 5231143 | | EDI: TDBANKNORTH.COM | Sep 19 2024 22:34:00 | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 5248690 | | EDI: USBANKARS.COM | Sep 19 2024 22:34:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 5231144 | | EDI: USBANKARS.COM | Sep 19 2024 22:34:00 | US Bank/Rms Cc, Attn: Bankruptcy, PO Box 5229, Cincinnati, OH 45201-5229 |
| 5231145 | | EDI: USBANKARS.COM | Sep 19 2024 22:34:00 | US Bk Rms Cc, PO Box 108, Saint Louis, MO 63166-0108 |
| 5252327 | | EDI: AIS.COM | Sep 19 2024 22:34:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 5231146 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Sep 19 2024 18:38:00 | Wakefield & Associates, 7005 Middlebrook Pike, Knoxville, TN 37909-1156 |

TOTAL: 39

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | M&T Bank, PO Box 1508, Buffalo, NY 14240-1508 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024         Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bradley Warren Weidenbaum | on behalf of Debtor 2 Debra A. Karn weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Bradley Warren Weidenbaum | on behalf of Debtor 1 Randolph W. Karn weidenbaumlaw@gmail.com G25181@notify.cincompass.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1: Randolph W. Karn (First Name / Middle Name / Last Name) | Social Security number or ITIN: xxx–xx–9498 EIN: __–_____ | |
| Debtor 2 (Spouse, if filing): Debra A. Karn (First Name / Middle Name / Last Name) | Social Security number or ITIN: xxx–xx–1762 EIN: __–_____ | |
| United States Bankruptcy Court: Middle District of Pennsylvania | | |
| Case number: 5:19-bk-03324-MJC | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Randolph W. Karn

Debra A. Karn

9/19/24

**By the court:**

*(signature)*

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**