Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Lakeview Loan Servicing LLC

**Court claim no.** (if known): 14

**Last 4 digits** of any number you use to identify the debtor's account: 7189

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2022

**New total payment:**    $1339.90
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**
   - ☐ No
   - ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $550.30    New escrow payment: $593.12

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**
   - ☒ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $_____    New principal and interest payment: $_____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**
   - ☒ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Case 5:19-bk-03324-MJC    Doc    Filed 11/09/22    Entered 11/09/22 16:27:10    Desc
Document ID: f80d70a75419c95767659386d389e560b6008128edc16bf6329430045d0a12b63
Main Document    Page 1 of 2

| Debtor(s) | <u>Randolph W. Karn, Debra A. Karn</u> | Case number *(if known)* <u>19-03324 MJC</u> |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ *Michael Farrington*        Date   11/04/2022

Signature

Print: Michael Farrington
04 Nov 2022, 10:20:40, EDT

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701</u>    <u>Market Street, Suite 5000</u>
          Number      Street
          Philadelphia,           PA    19106
          City           State    ZIP Code

Contact phone   (215) 627–1322        Email   bkgroup@kmllawgroup.com

Official Form 410S1        **Notice of Mortgage Payment Change**        page 2

Case 5:19-bk-03324-MJC    Doc    Filed 11/09/22    Entered 11/09/22 16:27:10    Desc
Document ID: f80d70a75419c95767659386d389e560b6008128edc16bf632943045d0a12b63
Main Document    Page 2 of 2