IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Debra A. Karn<br>Randolph W. Karn<br>**Debtors**<br><br>**Lakeview Loan Servicing LLC**<br>**Movant**<br>vs.<br><br>**Debra A. Karn**<br>**Randolph W. Karn**<br>**Debtors**<br><br>**Jack N. Zaharopoulos**,<br>**Trustee** | BK NO. 19-03324 MJC<br><br>Chapter 13<br><br>Related to Claim No.14 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 9, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Debra A. Karn
415 Merwinsburg Road
Effort, PA 18330-8060

Randolph W. Karn
415 Merwinsburg Road
Effort, PA 18330-8060

Attorney for Debtors
Bradley Warren Weidenbaum,, Esq.
P.O. Box 721
Brodheadsville, PA 18322

Trustee
Jack N. Zaharopoulos
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: November 9, 2022

**/s/ Michael P. Farrington**
Michael P. Farrington, Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com